EGELSTON, Respondent, v. NEW YORK, C. & ST. L. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department, February 1, 1911.) Action by Cora S. Egelston, as administratrix, etc., against the New York, Chicago & St. Louis Railroad Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 136 App. Div. 906, 119 N. Y. Supp. 1124.

ROBSON, J., dissents.

EHNTHOLT, Respondent, v. CAPEK, Appellant. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Daniel Ehntholt against Thomas Capek. No opinion. Judgment of the Municipal Court affirmed, with costs.

EISEMANN, Respondent, v. BUFFALO COLD STORAGE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 25, 1911.) Action by one Eisemann against the Buffalo Cold Storage Company. No opinion. Judgment and order affirmed, with costs.

ELLERY, Respondent, v. PEOPLE'S BANK OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Joseph E. Ellery against the People's Bank of the City of New York. H. R. Limburg, for appellant. N. R. Lindheim, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 139 App. Div. 928, 124 N. Y. Supp. 410.

ELLIS, Appellant, v. BUFFALO, R. & P. RY. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 25, 1911.) Action by A. M. Ellis against the Buffalo, Rochester & Pittsburg Railway Company. No opinion. Judgment affirmed, with costs.

ESTABROOK, Respondent, v. NEWBURG LIGHT, HEAT & POWER CO., Appellant, et al. (Supreme Court, Appellate Division, Second Department. January 17, 1911.) Action by William Estabrook against the Newburg Light, Heat & Power Company and the Orange Traction Company. No opinion. Motion denied, with $10 costs. See, also, 125 N. Y. Supp. 944.

EURICK, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by George Eurick against the Nassau Electric Railroad Company.

PER CURIAM. Judgment of the Municipal Court affirmed, with costs.

BURR, J., dissents.

In re EUROPEAN AMERICAN BANK. (Supreme Court, Appellate Division, First Department. February 24, 1911.) In the matter of the European American Bank. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

EVESSON v. HEBBERD. (Supreme Court, Appellate Division, First Department. January 27, 1911.) Action by Florine A. Evesson against Isaac N. Hebberd. No opinion. Motion granted, with $10 costs. Order filed.

In re FARMERS' LOAN & TRUST CO. (Supreme Court, Appellate Division, First Department. October, 1910.) In the matter of the Farmers' Loan & Trust Company, as executor, etc. See memorandum per curiam. See, also, 138 App. Div. 121, 122 N. Y. Supp. 956; infra.

In re FARMERS' LOAN & TRUST CO. (Supreme Court, Appellate Division, First Department. November, 1910.) In the matter of the Farmers' Loan & Trust Company. No opinion. Application denied. Memorandum per curiam. Settle order on notice. See, also, 138 App. Div. 121, 122 N. Y. Supp. 956; supra.

In re FARMERS' LOAN & TRUST CO. (Supreme Court, Appellate Division, First Department. January 13, 1911.) In the matter of the Farmers' Loan & Trust Company. No opinion. Motion denied, with $10 costs. Order filed.

FARMERS' LOAN & TRUST CO. v. WESTCHESTER COUNTY WATERWORKS CO. et al. (Supreme Court, Appellate Division, Second Department. March 10, 1911.) Action by the Farmers' Loan & Trust Company against the Westchester County Waterworks Company and others. No opinion. Motion granted in part. Settle order before the Presiding Justice. See, also, 127 N. Y. Supp. 569.

FARRAR, Appellant, v. NEW YORK CENT. & H. R. R. CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. January 25, 1911.) Action by Raffaelo Farrar, as administrator, etc., against the New York Central & Hudson River Railroad Company. No opinion. Judgment affirmed, with costs.

FAUDINGTON, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. February 17, 1911.) Action by Emma Faudington, as administratrix, etc., of James A. Faudington, deceased, against the Erie Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 136 App. Div. 737, 121 N. Y. Supp. 428.

FELDHUS, Appellant, v. PISTOR et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 13, 1911.) Action by Frederick G. Feldhus against Henry Pistor and another. No opinion. Motion granted, without costs. See, also, 126 N. Y. Supp. 1128.